In re CHARLES M. LITCHFIELD.
No. A-872. Opinion Filed April 18, 1912.

PER CURIAM. The petitioner filed his duly verified application for writ of habeas corpus to be let to bail on August 27, 1910. His petition was presented in open court, and the writ denied. Whereupon petitioner's counsel dismissed the cause at his cost. Ordered, by the court, that said case be dismissed at petitioner's cost.